■ In the Matter of FREDRIC B. SOLOMON. — Motion to extend time to commence hearings on petitioner's application for reinstatement granted, as indicated in the order of this court. Concur — Murphy, P. J., Ross, Asch, Fein and Milonas, JJ.